1  Stuart M. Richter (CA 126231)
2  stuart.richter@kattenlaw.com
   Gregory S. Korman (CA 216931)
3  gregory.korman@kattenlaw.com
   Paul A. Grammatico (CA 246380)
4  paul.grammatico@kattenlaw.com
5  **KATTEN MUCHIN ROSENMAN LLP**
   515 S. Flower St., Suite 1000
6  Los Angeles, CA 90071-2212
7  Telephone: 213.443.9017
   Facsimile:  213.443.9001
8

9  Attorneys for Defendant HSBC Mortgage Services Inc., erroneously sued as
   HSBC Holdings, PLC
10

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DEBORAH BAREFIELD, as Administrator of the Estate of Thomas W. Hatch,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HSBC HOLDINGS, PLC; CALIBER HOME LOANS, INC., SUMMIT PROPERTY MANAGEMENT, INC., a California corporation; and DOES 1-20, inclusive.<br><br>　　　　Defendants. | Case No. 1:18-cv-00527-LJO-JLT<br>Chief Judge Lawrence J. O'Neill<br><br>**Order Dismissing HSBC Mortgage Services Inc. with Prejudice**<br><br>Complaint Filed:　March 16, 2018<br>FAC Filed:　　　　March 26, 2018<br>SAC Filed:　　　　August 16, 2018<br>Removal Date:　　April 18, 2018 |

# ORDER

The Court issued a Memorandum of Decision and Order RE Motions to Dismiss and Motion to Expunge Notice of Pendency of Action or Require a Bond. In that Decision and Order, the Court, among other rulings, granted HSBC's Motion to Dismiss the Second Amended Complaint without leave to amend as to every claim alleged against HSBC (one, two, five, and six). Accordingly, the Court, having granted without leave to amend HSBC's entire motion to dismiss, and good cause appearing therefore, hereby dismisses HSBC from this action with prejudice.

IT IS SO ORDERED.

Dated: **November 9, 2018**          /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE